

# OFFICE OF STAN STANART
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 4:19:46 PM
CHRISTOPHER A. PRINE
. Clerk

January 5, 2015

14th Court of Appeals
301 Fannin
Houston, Texas 77002

**SUBJ: Non-Payment of Clerk's Record**

**REF:   Appellate #14-14-00941-CV /Trial Court#1053195**
**Court # Three (3)**

## SHELLI R WHEELER
## VS.
## EK & AC ENTERPRISES, INC.

This letter is to inform you appellant, **EK & AC Enterprises, Inc.**, has not paid for the Original Clerk's

Record in the above referenced case. The appellant's attorney was notified by mailed of the cost for the Record

on **December 1, 2014**. As of **January 5, 2015**, no fees have been posted for this Record. If I can be of any

further assistance contact me at **(713) 755-9425**. The original letter will be electronically filed with the

Fourteenth Court of Appeals on **January 5, 2015**.

Sincerely,

Stan Stanart
County Clerk

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk



P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 755-6421

**1**

# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### CIVIL COURTS DEPARTMENT

**2**

## COST LETTER

December 1, 2014

Theadore R. Andrews
5177 Richmond Avenue, Suite 1275
Houston, Texas 77056

**RE: DOCKET NO. 1053195, COUNTY CIVIL COURT AT LAW Three (3)**

SHELLIE WHEELER
vs.
EK & AC ENTERPRISES, INC.

Dear Theadore R. Andrews,

In accordance to TRAP 35.3(a), I am notifying you that **$19.00** is required for the preparation of the Original Clerk's Record from the Notice of Appeal that was filed on November 21, 2014. Please remit payment in the form of cash, cashier check, credit card, or money order (**personal checks will not be accepted**) payable to STAN STANART, County Clerk. If you have any questions about the Record contact me at (713) 755-9425.

Sincerely,

STAN STANART, County Clerk

Joshua Alegria
Deputy Clerk

**2**